RECEIVED
IN LAKE CHARLES, LA.
JUN 17 2016
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HECTOR SANTIAGO<br>BOP #55424-066 | * | CIVIL ACTION NO. 2:15-cv-314<br>SECTION P |
| v. | * | JUDGE MINALDI |
| BECKY CLAY | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 6) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 7), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the application for writ of habeas corpus (Rec. Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this ___ day of _____June_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE